```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 04482
   GUIDO J VARELA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2080


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/10/2005 and was confirmed 03/24/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CCO MORTGAGE               CURRENT MORTG       .00               .00            .00
CITIFINANCIAL              CURRENT MORTG       .00               .00            .00
EQUITY ONE INC             CURRENT MORTG       .00               .00            .00
HARRIS NA                  SECURED         13500.00           1533.90       13500.00
INTERNAL REVENUE SERVICE   PRIORITY         3448.69              .00         3448.69
AREA CIRCULATION           UNSECURED       NOT FILED             .00            .00
AT & T WIRELESS            UNSECURED       NOT FILED             .00            .00
AT & T WIRELESS            NOTICE ONLY     NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        7695.50              .00          769.55
COMMONWEALTH EDISON        UNSECURED       NOT FILED             .00            .00
GE CAPITAL                 UNSECURED       NOT FILED             .00            .00
GE CAPITAL CONSUMER CARD   NOTICE ONLY     NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        4942.22              .00          494.22
MENARDS                    UNSECURED       NOT FILED             .00            .00
MENARDS                    NOTICE ONLY     NOT FILED             .00            .00
NICOR GAS                  UNSECURED         346.67              .00           34.67
ECAST SETTLEMENT CORP      UNSECURED        1927.27              .00          192.73
PEACHDIRECT                NOTICE ONLY     NOT FILED             .00            .00
AT & T BANKRUPCTY          UNSECURED         294.34              .00           29.43
RESURGENT ACQUISITION LL   UNSECURED         157.19              .00           15.72
ROUNDUP FUNDING LLC        UNSECURED        1013.89              .00          101.39
WELLS FARGO FINANCIAL IL   UNSECURED        9272.88              .00          927.29
HARRIS NA                  UNSECURED        4896.92              .00          489.69
EQUITY ONE INC             MORTGAGE ARRE    1952.90              .00         1952.90
ECAST SETTLEMENT CORP      UNSECURED         605.41              .00           60.54
INTERNAL REVENUE SERVICE   UNSECURED         904.75              .00           90.48
CITIFINANCIAL INC          UNSECURED       17572.58              .00         1757.26
KOFKIN SPRINGER & SCHEIN   DEBTOR ATTY      2,194.00                         2,194.00
TOM VAUGHN                 TRUSTEE                                           1,759.73
DEBTOR REFUND              REFUND                                              195.81

          Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 04482 GUIDO J VARELA
```

```
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  29,548.00

PRIORITY                                        3,448.69
SECURED                                        15,452.90
    INTEREST                                    1,533.90
UNSECURED                                       4,962.97
ADMINISTRATIVE                                  2,194.00
TRUSTEE COMPENSATION                            1,759.73
DEBTOR REFUND                                     195.81
                         ---------------    ---------------
TOTALS                   29,548.00             29,548.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/09/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
       CASE NO. 05 B 04482 GUIDO J VARELA